WILLIAM R. URGA
Nevada Bar No. 1195
E-mail: wurga@juww.com
MINDY C. FISHER
JOLLEY URGA WIRTH
WOODBURY & STANDISH
3800 Howard Hughes Parkway, Suite 1600
Las Vegas, Nevada 89169
(702) 699-7500 Telephone
(702) 699-7555 Facsimile

Anthony Giaccio
*agiaccio@kenyon.com*
Jonathan D. Reichman
*JReichman@kenyon.com*
William Merone
*WMerone@kenyon.com*
KENYON & KENYON LLP
One Broadway
New York, New York 10004
Telephone:    212.425.7200
Facsimile:     212.425.5288

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN CASINO AND ENTERTAINMENT PROPERTIES, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>MODERN HOUSING, LLC, a Washington limited liability company,<br><br>          Defendant. | Case No.   2:11-cv-00222-JCM -LRL |

**<u>ORDER</u>**

Presently before the Court is Defendant Modern Housing, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and/or 12(c) (Doc. # 9), filed on May 20, 2011.  Plaintiff American Casino and Entertainment Properties, LLC filed an opposition (Doc. #19) on June 20, 2011.  Defendant filed a reply (Doc. #22) on July 7, 2011.

1

2  The motion came on for hearing before the Honorable James C. Mahan on September 21,

3  2011, at 10:00 a.m.

4  After consideration of the pleadings and papers on file, and the oral arguments by

5  counsel, and for the reasons stated in court,

6  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to

7  dismiss is GRANTED without prejudice.

**ORDER**

IT IS SO ORDERED.

DATED this 19th day of October, 2011.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

Submitted by:
JOLLEY URGA WIRTH WOODBURY & STANDISH

By: __/s/ William R. Urga__
WILLIAM R. URGA, ESQ.
3800 Howard Hughes Pkwy., 16th Floor
Las Vegas, Nevada  89169

JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor, Las Vegas, Nevada 89169
Telephone: (702) 699-7500  Fax: (702) 699-7555

**CERTIFICATE OF SERVICE**

This will hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is that of Jolley Urga Wirth Woodbury & Standish, 3800 Howard Hughes Parkway, Suite 1600, Las Vegas, Nevada 89169.

This is to certify that on October 13th, 2011, I electronically filed the **PROPOSED ORDER** with the Clerk of Court using the CM/ECF system, which will cause the document to be served upon the following counsel of record:

Michael J. McCue
Jonathan W. Fountain
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

I certify under penalty of perjury that the foregoing is true and correct, and that this Certificate of Service was executed by me on October 13th, 2011 at Las Vegas, Nevada.

/s/ Kelly McGee

An Employee of JOLLEY URGA WIRTH WOODBURY & STANDISH